■ DONNA HUMISTON, Appellant, v ROCHESTER INSTITUTE OF TECHNOLOGY et al., Respondents. CONNORS, CORCORAN, HALL & MEYERING, Nonparty Respondent.—Order unanimously reversed on the law without costs and motion denied. Same memorandum as in Amica Mut. Ins. Co. v Grose (166 AD2d 877 [decided herewith]). (Appeal from order of Supreme Court, Monroe County, Patlow, J.—withdrawal of counsel.) Present— Dillon, P. J., Doerr, Boomer, Lawton and Davis, JJ.